**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**TARIQ MAHDI**                                                              **PLAINTIFF**
**ADC #097695**

**v.**                              **Case No. 4:18-cv-00823-KGB-PSH**

**CLARK, Deputy**
**Pulaski County Jail,** *et al.*                                            **DEFENDANTS**

<u>**JUDGMENT**</u>

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that

plaintiff Tariq Mahdi's complaint and amended complaints are dismissed without prejudice.

It is so adjudged this 5th day of September, 2019.

Kristine G. Baker
United States District Judge